IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON SCOTT HEARST                                                                           PLAINTIFF

V.                                      4:08CV04190-WRW

PROGRESSIVE FOAM TECHNOLOGIES, INC.,
and BILL LARMAN                                                                              DEFENDANTS

## JUDGMENT

Based on an Order entered this date granting Defendant's Motion for Summary Judgment (Doc. No. 31), this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 12th day of January, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE