IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JASON SCOTT HEARST**                                                                                           **PLAINTIFF**

**V.**                                          **4:08CV04190-WRW**

**PROGRESSIVE FOAM TECHNOLOGIES, INC.,**
**and BILL LARMAN**                                                                                          **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date granting Defendant's Motion for Summary Judgment (Doc. No. 31), this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 12th day of January, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE